James Judd, Plaintiff-Appellant, v. Illinois Central Railroad, Defendant-Appellee.

Gen. No. 64–16.

Second District.

April 23, 1965.

Reid, Ochsenschlager, Murphy & Hupp, of Aurora (William C. Murphy and Stephen J. Mrkvica, of counsel), for appellant; Alschuler, Putnam & McWethy, of Aurora (Ralph C. Putnam, Jr., Benjamin P. Alschuler, Joseph H. Wright and Robert S. Kirby, of counsel), for appellee. Opinion by JUSTICE MORAN. **Not to be published in full.**